

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-20-00050-CR

NOLAN TURNER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 17F0520-005

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

Our review of the reporter's record indicates that it contains "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10 (a)(3). Volumes two, three, and five of the reporter's record contain the names of persons who were minors at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because volumes two, three, and five of the reporter's record contain sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(g), to seal the electronically filed volumes two, three, and five of the reporter's record.

IT IS SO ORDERED.

BY THE COURT

Date: October 22, 2020